1

2

3

4

**Marc A. Trachtman, Esq. [SBN 167820]**
**Mathew J. Vande Wydeven, Esq. [SBN 137432]**
**TRACHTMAN & TRACHTMAN, LLP**
**19732 MacArthur Blvd., Suite 100**
**Irvine, CA 92612**
**Telephone: (949) 282-0100**
**Facsimile: (949) 282-0111**

5

6

Attorneys for Defendants Marriott International, Inc., Marriott Hotel Services, Inc.,
and Plaza Investment & Consultancy, LLC

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STEVEN NICOLOSI, an individual,

Plaintiff,

vs.

MARRIOT INTERNATIONAL, INC., MARRIOT HOTEL SERVICES, INC., PLAZA INVESTMENT & CONSULTANCY, LLC, DOE 1, an individual, and DOES 2-100, inclusive,

Defendants.

**CASE NO.: 8:22-cv-01561 CJC (KESx)**

Discovery Document: Referred to Magistrate Judge Karen E. Scott

**[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION AND DOCUMENTS**

First-Amended Complaint Filed: 9/20/22
Discovery Cut-Off: 10/12/23
Pretrial Conference: 2/12/24
Trial: 2/20/24

**Cormac J. Carney, U.S. District Judge**

24

25

26

27

28

Pursuant to the [PROPOSED] STIPULATED PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION AND DOCUMENTS ("Stipulation") submitted by Plaintiff STEVEN NICOLOSI ("Plaintiff" or "NICOLOSI") and Defendants MARRIOTT INTERNATIONAL, INC. ("MII"), MARRIOTT HOTEL SERVICES, INC., and PLAZA INVESTMENT & CONSULTANCY, LLC'S

-1-

(collectively "Defendants") (Plaintiff and Defendants collectively the "Parties"), the Parties seek a Protective Order relating to Defendants' "Response to Department of Fair Employment and Housing ("DFEH") Complaint" and all attachments thereto including the various confidential investigation reports, documents, materials, third-party information, employee information, photographs, other confidential/proprietary materials, and other pieces of potential evidence, relating to a prior DFEH investigation of a DFEH Complaint filed by Plaintiff prior to initiating this civil action.

**GOOD CAUSE APPEARING THEREFOR**, the Court hereby GRANTS the Protective Order as set forth in the Stipulation.

**IT IS SO ORDERED.**

DATED: <u>May 15, 2023</u>

THE HONORABLE KAREN E. SCOTT
United States District Court
Magistrate Judge

-2-