JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| STEVEN NICOLOSI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOT INTERNATIONAL, INC., MARRIOT HOTEL SERVICES, INC., PLAZA INVESTMENT & CONSULTANCY, LLC, DOE 1, an individual, and DOES 2-100, inclusive,<br><br>Defendants. | **CASE NO.: 8:22-cv-01561 CJC (KESx)**<br><br>**ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION**<br><br>**COMPLAINT FILED:**   08/22/2022<br>**TRIAL DATE:**            02/20/2024 |

-1-

Plaintiff STEVEN NICOLOSI and Defendants MARRIOTT INTERNATIONAL, INC., MARRIOTT HOTEL SERVICES, INC., and PLAZA INVESTMENT & CONSULTANCY, LLC. ("The Parties"), having fully resolved the claims in this litigation, filed a Stipulation of Dismissal with Prejudice of Entire Action on September 25, 2023.   The Complaint and Action herein has been completely and wholly resolved between the Parties and a formal settlement agreement was executed on August 28, 2023.

No further proceedings are needed or contemplated by the Parties. This litigation being fully resolved, the Court hereby orders dismissal with prejudice of the entire action.

**IT IS SO ORDERED.**

DATED: September 25, 2023

Hon. Cormac J. Carney

U.S. District Judge

ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION